UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STANLEY J. JACOBS AND PEGGY R. JACOBS                                PLAINTIFFS

V.                                                      CIVIL ACTION NO. 1:06cv737-LTS-RHW

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY                   DEFENDANT

### ORDER

Plaintiffs have filed a [31] Motion to Postpone and Reschedule Deadline Dates. The only ground given in the request is the Court's [28] Order for Mediation. Because the motion is not well taken on its face, it is not necessary to wait for a response from Defendant even if no opposition is offered.

The [28] Order for Mediation is not a stay of the cause of action. Indeed, the parties and their counsel are expected to continue case preparation so that the mediation session will be most productive. Postponing and rescheduling the deadline dates established in the [12] Scheduling Order serve no useful purpose.

Accordingly, **IT IS ORDERED**:

Plaintiffs' [31] Motion to Postpone and Reschedule Deadline Dates is **DENIED**.

**SO ORDERED** this the 9th day of February, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge